IN RE:  CASE NO. 05-52336

MARCUS M. LOMBARDI  2010 MAY 20 PM 3:03   CHAPTER 7

    Debtor

REPORT OF UNCLAIMED
<u>DIVIDEND</u>

    Harold A. Corzin, Trustee herein, reports that check #10101 was issued on February 5, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10110 to the Clerk of Courts in the amount of $16.35 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
HCorzin@csu-law.com

May 17, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-52336 - LOMBARDI, MARCUS M.

| Account No. | Check No. | Issued | Payee | Amount Filed | Amount Allowed | Paid to Date | Check Amount Cancelled Payment |
|---|---|---|---|---|---|---|---|
| 9200-01102537-66 | 10111 | 05/17/10 | U. S. BANKRUPTCY COURT | | | | $51.00 |
| Cancelled Account No. | Cancelled Check No. | Filed | Claim No. Priority Claimant | | | | |
| 9200-01102537-66 5 | 10105 | 09/06/05 | 610 Kettlewell & Kettlewell LLC<br>870 High St., Suite 102<br>Worthington, OH 43085-2386 | 2,516.35 | 2,516.35 | 51.00 | 51 |

*handwritten:* Ck # 10111
receipt # 81483

(*) Denotes objection to Amount Filed　(!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

05-52336-mss　Doc 50　FILED 05/20/10　ENTERED 05/21/10 10:33:12　Page 2 of 2